FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES VOLZ, an individual, | NO. 2:17-cv-00376-SAB |
| Plaintiff, | |
| v. | **ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE** |
| GENESIS CREDIT MANAGEMENT, LLC, | |
| Defendant. | |

Before the Court is the parties' Agreed Order of Dismissal, ECF No. 7. The parties stipulate and request the Court dismiss the above-entitled action with prejudice, and without costs and/or attorneys' fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the stipulation and enters it into the record.

//
//
//
//
//
//
//

**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Agreed Order of Dismissal, ECF No. 7, is accepted and **entered** into the record.

2. The above-entitled action is **DISMISSED with prejudice** and without costs and/or attorneys' fees to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

Dated this 16th day of January 2018.



Stanley A. Bastian
United States District Judge

**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE ^** 2